UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT WONG,<br><br>            Plaintiff,<br><br>   v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>            Defendants. | Case No. 16-cv-01902-EDL<br><br>**ORDER REFERRING CASE TO MEDIATION** |

This matter is referred for mediation through the Court's Alternative Dispute Resolution department. The mediation session shall take place within 120 days.

**IT IS SO ORDERED.**

Dated: May 23, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge